UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:21-cv-7195-FLA (MAR)            Date:  November 16, 2021

Title:   ***Owen Garth Hinkson v. Warden of FCI Lompoc***

Present:  The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| James Munoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) SECOND ORDER TO SHOW CAUSE RE:  WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION**

On October 6, 2021, this Court issued an Order to Show Cause ("OSC") instructing Petitioner to address why this action should not be dismissed for lack of jurisdiction.  ECF Docket No. ("Dkt.") 7.  The OSC ordered Petitioner to respond according to one (1) of the following three (3) options:

(1) If Petitioner contends his action is not a challenge to the legality of detention that should be heard in the sentencing court, but is instead challenging the manner, location, or conditions of a sentence's execution, he should clearly explain this in a filing with this Court.  Petitioner should attach copies of any documents that support his position.

(2) If Petitioner contends his action challenges the legality of detention and is properly before this Court as the custodial court under the section 2255 escape hatch, he should clearly explain this in a filing with this Court.  Petitioner should attach copies of any documents that support his position.

(3) If Petitioner wishes to withdraw his Petition, he may request a voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a), which must be served and filed **no later than twenty-one (21) days** after the date of this Order.  **The Clerk of Court is instructed to attach a Notice of Dismissal form for Petitioner's convenience**.  The Court advises Petitioner, however, that if he should later attempt to raise his dismissed claims in a subsequent habeas petition or section 2255 motion, those claims may be time-barred, and may be barred as successive.

Dkt. 7 at 3–4.

To date, Petitioner has failed to respond.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:21-cv-7195-FLA (MAR)                                                    Date:  November 16, 2021

Title:     **Owen Garth Hinkson v. Warden of FCI Lompoc**

     In the OSC, the Court warned Petitioner that failure to respond may result in dismissal of the action.  Id.  However, before dismissing the Petition, the Court will give Petitioner another opportunity to respond.  Accordingly, Petitioner is **ORDERED** to respond according to one (1) of the three (3) options above **no later than twenty-one (21) days after the date of this Order, by December 7, 2021**.

     **The Clerk of Court is instructed to include a copy of the Court's October 6, 2021 Order.**  Dkt. 7.

     **The Court warns Petitioner that failure to timely respond will result in dismissal of this action without prejudice for lack of jurisdiction, and failure to prosecute and obey Court orders.**

     **IT IS SO ORDERED.**

:

**Initials of Preparer**     jm