JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN GARTH HINKSON,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>WARDEN OF FCI LOMPOC,<br><br>　　　　　　　Respondent. | Case No. 2:21-cv-7195-FLA (MAR)<br><br>**JUDGMENT** |

　　　Pursuant to the Memorandum and Order Dismissing the Action, it is hereby **ADJUDGED** that this action is dismissed without prejudice.

Dated: April 5, 2022

　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　United States District Judge